■ In the Matter of JERRY DUKES, Appellant, v W. SMITH, as Deputy Superintendent of Orleans Correctional Facility, et al., Respondents. [838 NYS2d 456]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered February 22, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.